

NUMBER 13-14-00540-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PANGAEA FLOOR COMPANY D/B/A PANGEA
FLOOR COVERINGS AND JUAN CARLOS CERVANTES
A/K/A J.C. CERVANTES,                                          Appellants,

v.

INTERCERAMIC, INC.,                                          Appellee.

## On Appeal from the County Court at Law No. 1
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellants, Pangaea Floor Company d/b/a Pangea Floor Coverings and Juan

Carlos Cervantes a/k/a J.C. Cervantes, filed an appeal from a judgment rendered against

them in favor of appellee, Interceramic, Inc.. On December 16, 2014, the Clerk of this

Court notified appellants that the clerk's record in the above cause was originally due on

October 13, 2014, and that the deputy district clerk, Ester C. Epinoza, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this Court's notice, the appeal would be dismissed for want of prosecution.

Appellants have failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
22nd day of January, 2015.